EDWARD J. O'NEIL, Respondent, *v.* BISHOP, McCORMICK & BISHOP, Appellant.

Determination of the Appellate Term affirmed, with costs and disbursements.

SHIENTAG, J. (dissenting). I dissent on two grounds: (1) there was, as matter of law, a valid accord and satisfaction and (2) the contract of September 12, 1947, was a modification of the earlier contract and no consideration therefor was required. (Personal Property Law, § 33.)

The determination of the Appellate Term and the order of the Municipal Court should be reversed and the complaint dismissed on the merits.

Glennon, J. P., Cohn, Callahan and Van Voorhis, JJ., concur in decision; Shientag, J., dissents in opinion.

Determination of the Appellate Term affirmed, with costs and disbursements. No opinion.

In the Matter of JOHN P. CRONIN, Respondent, against BOARD OF TRUSTEES OF THE NEW YORK FIRE DEPARTMENT PENSION FUND et al., Appellants.— For the reasons set forth in the opinion of COHN, J., in *Matter of Breen* v. *Board of Trustees of N. Y. Fire Dept. Pension Fund* (273 App. Div. 689), the order is reversed and the petition dismissed, without costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.; Peck, P. J., and Van Voorhis, J., dissent for the reasons set forth in the dissenting opinion of Peck, P. J., in *Matter of Breen* v. *Board of Trustees of N. Y. Fire Dept. Pension Fund* (273 App. Div. 695). Settle order on notice.

LA RAUS ASSOCIATES, Respondents, v. JULES CHAIN STORES CORPORATION, Appellant.— The verdict of the jury was against the weight of the evidence. Moreover, it was error under the circumstances, particularly in view of the nature of the alleged contract, to charge as matter of law that the vice-president and general manager had implied authority to bind defendant corporation (*Bussing* v. *Lowell Film Productions, Inc.,* 233 App. Div. 493, affd. 259 N. Y. 593). Judgment unanimously reversed and a new trial ordered, with costs to appellant to abide the event. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

HORST VON HENNIG, as Trustee, et al., Appellants, v. TOM C. CLARK, as Attorney General of the United States, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [191 Misc. 261.]